IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

VS.	CASE NO. 4:09CR00050 JMM

MARC CRAIN

## ORDER

The government's Motion to Dismiss Without Prejudice filed pursuant to Federal Rule of Criminal Procedure 48(a) is granted (#34).  The February 4, 2009 indictment against defendant Marc Crain is dismissed without prejudice.

IT IS SO ORDERED this  4  day of December, 2009.

James M. Moody
United States District Judge